UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

CHARTER OAK FIRE INSURANCE COMPANY
a/s/o BRITISH AMERICAN DEVELOPMENT
CORP.,

                Plaintiff,

vs.

CRANE MERCHANDISING SYSTEMS, INC.,

                Defendant.

**STIPULATED ORDER OF DISMISSAL**

Case No. 1:20-cv-00826

---

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all of the parties to the above-captioned action, that whereas no party is an infant or incompetent person for whom a committee has been appointed, and no person not a party to this action has an interest in the subject matter of the action, the above-captioned action be, and the same hereby is, discontinued with prejudice without cost to any party as against any other. This stipulation may be submitted to the United States District Court to be "so ordered," and thereafter filed without further notice with the Clerk of the Court.

Dated: April 10, 2023

                Respectfully submitted,

              GOLDBERG SEGALLA LLP

              By: */s/John P. Freedenberg*
                  John P. Freedenberg, Esq.
                  *Attorneys for Defendant*
                  665 Main Street
                  Buffalo, New York 14203-1425
                  jfreedenberg@goldbergsegalla.com
                  (716) 566-5400

              and

Error! Unknown document property name.

LAW OFFICES OF JOHN WALLACE

By: */s/Ingrid A. Effman*
    Ingrid A. Effman, Esq.
    *Attorneys for Plaintiff*
    P.O. Box 2903
    Hartford, Connecticut 06104
    ieffman@travelers.com
    (518) 454-4605

Date: April 13, 2023

**IT IS SO ORDERED**:

_____
Frederick J. Scullin, Jr.
Senior United States District Judge